

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00361-CV

**IN THE INTEREST OF M.I.M.** and A.J.M., Children

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-04-29187-CV
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND CHIEF JUSTICE MARION (Ret.)
(sitting by assignment)

In accordance with this court's opinion of this date, the trial court's "Final Order" dated order dated March 29, 2022 is AFFIRMED.

We ORDER appellee Roger Ruiz shall recover his costs incurred in this court from appellant Layla Martinez.

SIGNED November 15, 2023.

Luz Elena D. Chapa, Justice